**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ANTHONY McBRIDE                                                                                   PLAINTIFF

V.                                         No. 4:22-CV-00277-JM

HENRY, Deputy, Pulaski County
Detention Facility                                                                                DEFENDANT

## ORDER

Plaintiff Anthony McBride has not complied with the August 19, 2022 Order directing him

to file a Notice of Change of Address. *Doc. 15.* The time to do so has expired. Additionally, mail

sent to McBride at his address of record, the Pulaski County Detention Facility, has been returned

as undeliverable, with no forwarding address. *Doc. 16.*

Therefore, Defendant's Motion to Dismiss (*Doc. 12*) is GRANTED. This case is dismissed,

without prejudice, due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is

certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order

would not be taken in good faith.

IT IS SO ORDERED this 22nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE