UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY McBRIDE                                                                                    PLAINTIFF

V.                                    No. 4:22-CV-00277-JM

HENRY, Deputy, Pulaski County
Detention Facility                                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 22nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE